EMERGENCY

26-C-0773

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Marcus D. Cannon,
Plaintiff,

v.

City of Racine, Wisconsin; Racine County, Wisconsin; Wisconsin Department of Corrections;
Karisha McCaskill; Arkansas Community Corrections; DOES 1–10,
Defendants.

Case No.: _____

## FINAL CIVIL COMPLAINT

This action arises under 42 U.S.C. §1983 and the Americans with Disabilities Act.
Plaintiff seeks injunctive relief to prevent unlawful detention, forced interstate travel, and
absconder designation.

FACTS:
- Plaintiff resides at 1845 Woodland Avenue, Racine, WI.
- Plaintiff was ordered to report to Arkansas under threat of absconder status.
- Plaintiff submitted ADA request April 15, 2026.
- Plaintiff suffers blurred vision, coordination impairment.
- No proper hearing or due process provided.

CLAIMS:
Due Process violation
ADA violation
Unlawful restraint

RELIEF:
Prevent detention
Prevent forced travel
Require ADA accommodation

By: *Marcus D. Cannon*

**Marcus D. Cannon**
**Plaintiff, Pro Se**